UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-14049-CR-ROSENBERG/LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

RICHARD TODD BADALI,
a/k/a "Boots"
THOMAS RICHARD LAAKMANN
a/k/a "Troll",
    Defendants.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the defendant, THOMAS LAAKMANN ("Laakmann") through his undersigned attorney and pursuant to 18 USC § 3161(7)(A) & (B)(iv), and with the consent and agreement of the government, respectfully files this Unopposed Motion to Continue Trial and as grounds therefore states as follows:

1. Laakmann is charged by indictment with delivery of a firearm to a convicted felon and possession of a firearm by a prohibited person. Laakmann is alleged to have transferred to a confidential source a Star Model BM 9 millimeter pistol after having previously been convicted of a domestic violence offense.

2. This matter is presently scheduled for trial during the two-week period commencing December 8, 2014 at 9:00 a.m.

3. The Defendant, through counsel, has been diligently preparing for trial.

4. Counsel for Richard Badali, a co-defendant, has filed an Unopposed Motion to Continue Trial.

5. Undersigned counsel hereby joins in the continuance request, and has discussed this

request with AUSA, Russell R. Killinger, who does not oppose the request.

6.      Undersigned counsel has also discussed this matter with his client, Mr. Laakmann, who does not oppose the continuance of the trial. In discussing the continuance with Mr. Laakmann, he agrees that the requested continuance shall be considered excludable for purposes of speedy trial.

WHEREFORE, the Defendant respectfully requests this Honorable Court enter an Order continuing this matter in accordance with agreement of the parties and that the matter be reset for trial as directed by the Court.

I hereby certify that on November 13, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached service list in the manner specified, either via transmission or Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronic Notices of Electronic Filing.

Respectfully submitted,

By: /s/_____
        CHRISTOPHER A. HADDAD
LAW OFFICE OF
CHRISTOPHER A. HADDAD, P.A.
1530 N. Federal Highway
Lake Worth, FL  33460
Telephone:  (561) 832-1126
Fax:  (561) 832-1127
Fla. Bar No. 0879592

**SERVICE LIST**

AUSA Russell R. Killinger
Email: Russell.Killinger@usdoj.gov
U.S. Attorney's Office
101 South U.S. Highway One, Suite 3100
Fort Pierce, FL   34950
Tel:  772-466-0899
Fax: 772-595-3606
Attorney for Plaintiff USA

Peter Thomas Patanzo
Email:  ppatanzo@bellsouth.net
Benjamin & Aaronson
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL   33394
Tel:  954-779-1700
Fax:  954-770-1771
Attorney for Defendant, Richard Todd Badali